FILED: July 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4773

(1:12-cr-00019-ELH-6)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LENNY CAIN

      Defendant - Appellant

_____

O R D E R

_____

The court extends the time for filing the reply brief to 08/04/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk