FILED: August 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4773

(1:12-cr-00019-ELH-6)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LENNY CAIN

       Defendant - Appellant

_____

O R D E R

_____

The court defers action on the motion for leave to file a pro se supplemental brief, with proposed pro se supplemental brief, pending consideration of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk